**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

CIVIL ACTION NO:

| | |
|---|---|
| **U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2** | |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | |
| **Cynthia Pooler and Bruce H. Pooler** | **RE:**<br>**10 South Crane Lane** |
| **Defendants** | **Oakland, ME 04963** |
| **Scuddar Bay Capital, LLC**<br>**Elias H. Nawfel, D.M.D.**<br>**TD Bank, NA f/k/a TD Banknorth, NA**<br>**Capital One Bank (USA) NA**<br>**Midland Funding, LLC**<br>**New England Receivables, LLC**<br>**Cadlerock III, LLC** | **Mortgage:**<br>**September 11, 2006**<br>**Book 9070, Page 119** |
| **Parties-in-Interest** | |

NOW COMES the Plaintiff, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Cynthia Pooler and Bruce H. Pooler, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of

an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a promissory Fixed Rate Note executed under seal currently owned and held by U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, in which the Defendants are the obligor and the total amount owed under the terms of the Fixed Rate Note is Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is a corporation organized under the laws of the State of Ohio, with its principal place of business located at 425 Walnut Street, Cincinnati, Ohio 45202

5. The Defendant, Cynthia Pooler, is a resident of Oakland, County of Kennebec and State of Maine.

6. The Defendant, Bruce H. Pooler, is a resident of Oakland, County of Kennebec and State of Maine.

7. The Party-in-Interest, Scuddar Bay Capital, LLC, is located at 107 Audubon Road, Wakefield, MA 01880.

8. The Party-in-Interest, Elias H. Nawfel, D.M.D. has a place of business located at 229 Main Street, Waterville, ME 04901.

9. The Party-in-Interest, TD Bank, N.A., f/k/a TD Banknorth, NA, is located at 2035 Limestone Road, Wilmington, DE 19808.

10. The Party-in-Interest, Capital One Bank, USA NA, is located at 4851 Cox Road, Glen Allen, VA 23060.

11. The Party-in-Interest, Midland Funding LLC is located at 227 W. Trade Street, Suite 1610, Charlotte, NC 28202.

12. The Party-in-Interest, New England Receivables, is located at 120 Exchange Street, Portland, ME 04101.

13. The Party-in-Interest, Cadlerock III, L.L.C. is located at 100 North Center Street, Newton Falls, OH 44444.

## FACTS

14. On December 6, 2002, by virtue of a Warranty Deed from George H. Cox, which is recorded in the Kennebec Registry of Deeds in **Book 7182, Page 248**, the property situated at 10 South Crane Lane, County of Kennebec, and State of Maine, was conveyed to the Defendants, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

15. On September 11, 2006, the Defendant, Cynthia Pooler, executed and delivered to Argent Mortgage Company, LLC a certain Fixed Rate Note in the amount of $450,000.00. *See* Exhibit B (a true and correct copy of the Fixed Rate Note is attached hereto and incorporated herein).

16. To secure said Fixed Rate Note, on September 11, 2006, the Defendants, Cynthia Pooler and Bruce H. Pooler, executed a Mortgage in favor of Argent Mortgage Company, LLC, securing the property located at 10 South Crane Lane, Oakland, ME 04963 which Mortgage is recorded in the Kennebec Registry of Deeds in **Book 9070, Page 119**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

17. The Mortgage was then assigned to U.S. Bank National Association in Trust for the Benefit Series 2007-AMC21 Certificateholders by virtue of an Assignment of Mortgage dated September 15, 2006 and recorded in the Kennebec County Registry of Deeds in **Book 9542, Page 173**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

18. The Mortgage was then further assigned to U.S. Bank National Association in Trust for the Benefit of the Certificateholders of Citigroup Mortgage Loan Trust 2007, Asset-Backed Pass-Through Certificates Series 2007-AMC2 by virtue of an Assignment of Mortgage dated February 26, 2010 and recorded in the Kennebec County Registry of Deeds in **Book 10358, Page 0346**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

19. The Mortgage was then assigned further to U.S. Bank National Association, as Trustee for the Holders of the Citigroup Mortgage Loan Trust, Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC2 by virtue of an Assignment of Mortgage dated June 5, 2013 and recorded in the Kennebec County Registry of Deeds in **Book 11425, Page 299**. *See*

Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

20. The Mortgage was then assigned to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 by virtue of an Assignment of Mortgage dated September 22, 2016 and recorded in the Kennebec County Registry of Deeds in **Book 12430, Page 245**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

21. Scuddar Bay Capital, LLC is a Writ of Execution in the amount of $349,775.67 dated July 7, 2010, which is recorded in the Kennebec County Registry of Deeds in **Book 10467, Page 240** and is in second position behind plaintiff's mortgage.

22. Elias H. Nawfel, D.M.D., is a Party-in-Interest pursuant to a Writ of Execution in the amount of $20,122.64 dated November 19, 2010 which is recorded in the Kennebec County Registry of Deeds in **Book 10625, Page 334** and is in third position behind Plaintiff's Mortgage.

23. TD Bank, N.A. f/k/a TD Banknorth, N.A., is a Party-in-Interest pursuant to a Writ of Execution in the amount of $54,833.75 dated March 28, 2011 which is recorded in the Kennebec County Registry of Deeds in **Book 10774, Page 333** and is in fourth position behind Plaintiff's Mortgage.

24. Capital One Bank USA NA is a Party-in-Interest pursuant to a Writ of Execution in the amount of $2,563.11 dated March 21, 2012 and recorded in the Kennebec County Registry of Deeds in **Book 11023, Page 101** and is in fifth position behind Plaintiff's Mortgage.

25. Midland Funding, LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $658.84 dated December 26, 2012 and recorded in the Kennebec County Registry of Deeds in **Book 11285, page 121** and is in sixth position behind Plaintiff's Mortgage.

26. New England Receivables, LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $8,246.36 dated July 25, 2013 and recorded in the Kennebec County Registry of Deeds in **Book 11461, Page 163** and is in seventh position behind Plaintiff's Mortgage.

27. Cadlerock III, L.L.C. is a Party-in-Interest pursuant to an Assignment of Judgment in the amount of $51,341.29 dated March 12, 2008 recorded in the Kennebec County Registry of Deeds in **Book 9761, Page 0091** and further assigned to Brown Bark II, L.P. by virtue of an Assignment of Judgment and Judgment Lien dated November 11, 2015 recorded in the Kennebec County Registry of Deeds in **Book 12161, Page 295,** and is in eighth position behind Plaintiff's Mortgage.

28. On November 22, 2016, the Defendants were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

29. The Demand Letter informed the Defendants of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter.  *See* Exhibit H.

30. The Defendants have failed to cure the default prior to the expiration of the Demand Letter.

31. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is the present holder of the Fixed Rate Note pursuant to possession of the Fixed Rate Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

32. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is the lawful holder and owner of the Fixed Rate Note and Mortgage.

33. The total debt owed under the Fixed Rate Note and Mortgage as of February 7, 2017, is Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), which includes unpaid Principal Balance in the amount of Four Hundred Eight Thousand Seven Hundred Thirty Six Dollars and Sixty Eight Cents ($448,736.68); Accrued Interest in the amount of Three Hundred Ninety Eight Thousand Nine Hundred Thirty Two Dollars and Ninety Six Cents ($398,932.96); Late Fees in the amount of Nine Hundred One Dollars and Fifteen Cents ($901.15); Lender Paid Expenses in the amount of Ten Thousand Four Hundred Ninety Nine Dollars and Eighteen Cents ($10,499.18); Escrow Advances in the amount of Fifty Seven Thousand Two Hundred Seventeen Dollars and Zero Cents ($57,217.00) and Legal Fees in the amount of One Thousand Seven Hundred Nineteen Dollars and Forty Seven Cents ($1,719.47).

34. Upon information and belief, the Defendants are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

35. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 repeats and realleges paragraphs 1 through 34 as if fully set forth herein.

36. This is an action for foreclosure respecting a real estate related mortgage and title located at 10 South Crane Lane, Oakland, County of Kennebec, and State of Maine.  *See* Exhibit A.

37. The Plaintiff is the holder of the Fixed Rate Note referenced in Paragraph 15 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Fixed Rate Note in conformity with Title 11, section 3-1201, et seq. Of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).  As such, Plaintiff has the right to foreclosure upon the subject property.

38. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is the current owner and investor of the aforesaid Mortgage and Fixed Rate Note.

39. The Defendants, Cynthia Pooler and Bruce H. Pooler are presently in default on said Mortgage and Fixed Rate Note, having failed to make the monthly payment due April 1, 2007, and all subsequent payments, and, therefore, has/have breached the condition of the aforesaid Mortgage and Fixed Rate Note.

40. The total debt owed under the Fixed Rate Note and Mortgage as of February 7, 2017, is Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), which includes unpaid Principal Balance in the amount of Four Hundred Eight Thousand Seven Hundred Thirty Six Dollars and Sixty Eight Cents ($448,736.68); Accrued Interest in the amount of Three Hundred Ninety Eight Thousand Nine Hundred Thirty Two Dollars and Ninety Six Cents ($398,932.96); Late Fees in the amount of Nine Hundred One Dollars and Fifteen Cents ($901.15); Lender Paid Expenses in the amount of Ten Thousand Four Hundred Ninety Nine Dollars and Eighteen Cents ($10,499.18); Escrow Advances in the amount of Fifty Seven Thousand Two Hundred Seventeen Dollars and Zero Cents ($57,217.00) and Legal Fees in the amount of One Thousand Seven Hundred Nineteen Dollars and Forty Seven Cents ($1,719.47).

41. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

42. By virtue of the Defendants' breach of condition, the Plaintiff hereby demands a foreclosure on said real estate.

43. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendants on November 22, 2016 as evidenced by the Certificate of Mailing.  *See* Exhibit H.

44. The Defendants are not in the Military as evidenced by the attached Exhibit I.

## COUNT II – BREACH OF FIXED RATE NOTE

45. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 repeats and re-alleges paragraphs 1 through 44 as if fully set forth herein.

46. On September 11, 2006, the Defendant, Cynthia Pooler, executed and delivered to Argent Mortgage Company, LLC a certain Fixed Rate Note in the amount of $450,000.00.  *See* Exhibit B.

47. The Defendants Cynthia Pooler and Bruce H. Pooler are in default for failure to properly tender the April 1, 2007 payment and all subsequent payments.  *See* Exhibit H.

48. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is the proper holder of the Fixed Rate Note and is entitled to enforce the terms and conditions of the Fixed Rate Note due to its breach by the Defendants.

49. The Defendants, having failed to comply with the terms of the Fixed Rate Note and Mortgage, are in breach of both the Fixed Rate Note and the Mortgage.

50. Defendants Cynthia Pooler and Bruce H. Pooler's breach is knowing, willful, and continuing.

51. Defendants Cynthia Pooler and Bruce H. Pooler's breach have caused the Plaintiff U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

52. The total debt owed under the Fixed Rate Note and Mortgage as of February 7, 2017, is Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), which includes unpaid Principal Balance in the amount of Four Hundred Eight Thousand Seven Hundred Thirty Six Dollars and Sixty Eight Cents ($448,736.68); Accrued Interest in the amount of Three Hundred Ninety Eight Thousand Nine Hundred Thirty Two Dollars and Ninety Six Cents ($398,932.96); Late Fees in the amount of Nine Hundred One Dollars and Fifteen Cents ($901.15); Lender Paid Expenses in the amount of Ten Thousand Four Hundred Ninety Nine Dollars and Eighteen Cents ($10,499.18); Escrow Advances in the amount of Fifty Seven Thousand Two Hundred Seventeen Dollars and Zero Cents ($57,217.00) and Legal Fees in the amount of One Thousand Seven Hundred Nineteen Dollars and Forty Seven Cents ($1,719.47).

53. Injustice can only be avoided by awarding damages for the total amount owed under the Fixed Rate Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

54. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 repeats and re-alleges paragraphs 1 through 53 as if fully set forth herein.

55. By executing, under seal, and delivering the Fixed Rate Note, the Defendant, Cynthia Pooler, entered into a written contract with Argent Mortgage Company, LLC who agreed to loan the amount of $450,000.00 to the Defendant, Cynthia Pooler.  *See* Exhibit B.

56. As part of this contract and transaction, Defendants Cynthia Pooler and Bruce H. Pooler executed the Mortgage to secure the Fixed Rate Note and the subject property. *See* Exhibit C.

57. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is the proper holder of the Fixed Rate Note and successor-in-interest to Argent Mortgage Company, LLC, and has performed its obligations under the Fixed Rate Note and Mortgage.

58. The Defendants Cynthia Pooler and Bruce H. Pooler have breached the terms of the Fixed Rate Note and Mortgage by failing to properly tender the April 1, 2007, payment and all subsequent payments. *See* Exhibit H.

59. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, is the proper holder of the Fixed Rate Note, and is entitled to enforce the terms and conditions of the Fixed Rate Note due to its breach by the Defendants.

60. The Defendants Cynthia Pooler and Bruce H. Pooler, having failed to comply with the terms of the Fixed Rate Note and Mortgage, are in breach of contract.

61. The Defendants Cynthia Pooler and Bruce H. Pooler are indebted to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 in the sum of Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), for money lent by the Plaintiff to the Defendants.

62. Defendants Cynthia Pooler and Bruce H. Pooler's breach is knowing, willful, and continuing.

63. Defendants Cynthia Pooler and Bruce H. Pooler's breach has caused Plaintiff U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

64. The total debt owed under the Fixed Rate Note and Mortgage as of February 7, 2017, is Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), which includes unpaid Principal Balance in the amount of Four Hundred Eight Thousand Seven Hundred Thirty Six Dollars and Sixty Eight Cents ($448,736.68); Accrued Interest in the amount of Three Hundred Ninety Eight Thousand Nine Hundred Thirty Two Dollars and Ninety Six Cents ($398,932.96); Late Fees in the amount of Nine Hundred One Dollars and Fifteen Cents ($901.15); Lender Paid Expenses in the amount of Ten Thousand Four Hundred Ninety Nine Dollars and Eighteen Cents ($10,499.18); Escrow Advances in the amount of Fifty Seven Thousand Two Hundred Seventeen Dollars and Zero Cents ($57,217.00) and Legal Fees in the amount of One Thousand Seven Hundred Nineteen Dollars and Forty Seven Cents ($1,719.47).

65. Injustice can only be avoided by awarding damages for the total amount owed under the Fixed Rate Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

66. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 repeats and re-alleges paragraphs 1 through 65 as if fully set forth herein.

67. Argent Mortgage Company, LLC, predecessor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, loaned the Defendant, Cynthia Pooler, $450,000.00. *See* Exhibit B.

68. The Defendants Cynthia Pooler and Bruce H. Pooler are in default for failure to properly tender the April 1, 2007 payment and all subsequent payments. *See* Exhibit H.

69. As a result of the Defendants' failure to perform under the terms of the Fixed Rate Note and Mortgage, the Defendants have been unjustly enriched at the expense of the Plaintiff, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2.

70. As such, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V –UNJUST ENRICHMENT

71. U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 repeats and re-alleges paragraphs 1 through 70 as if fully set forth herein.

72. Argent Mortgage Company, LLC, predecessor-in-interest to U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, loaned the Defendant, Cynthia Pooler, $450,000.00. *See* Exhibit B.

73. The Defendants Cynthia Pooler and Bruce H. Pooler have failed to repay the loan obligation pursuant to the terms of the Fixed Rate Note and Mortgage.

74. As a result, the Defendants Cynthia Pooler and Bruce H. Pooler have been unjustly enriched to the detriment of the Plaintiff, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 as successor-in-interest to Argent Mortgage Company, LLC by having received the aforesaid benefits and money and not repaying said benefits and money.

75. As such, Plaintiff U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, Plaintiff, U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan
Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff upon the expiration of the period of redemption;

c) Find that the Defendants are in breach of the Fixed Rate Note by failing to make payment
due as of April 1, 2007, and all subsequent payments;

d) Find that the Defendants are in breach of the Mortgage by failing to make payment due as
of April 1, 2007, and all subsequent payments;

e) Find that the Defendants entered into a contract for a sum certain in exchange for a security
interest in the subject property;

f) Find that the Defendants are in breach of contract by failing to comply with the terms and
conditions of the Fixed Rate Note and Mortgage by failing to make the payment due April
1, 2007 and all subsequent payments;

g) Find that Plaintiff is entitled to enforce the terms and conditions of the Fixed Rate Note
and Mortgage;

h) Find that by virtue of the Fixed Rate Note and Mortgage, the Defendants have been
unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles Plaintiff to restitution;

j) Find that the Defendants are liable to the Plaintiff for money had and received;

k) Find that the Defendants are liable to the Plaintiff for quantum meruit;

l) Find that the Defendants have appreciated and retained the benefit of the Mortgage;

m) Find that it would be inequitable for the Defendants to continue to appreciate and retain the
benefit of the Mortgage without recompensing the appropriate value;

n) Find that the Plaintiff is entitled to restitution for this benefit from the Defendants;

o) Determine the amount due on said Mortgage and Fixed Rate Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants and in favor of U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2 in the amount of Nine Hundred Eighteen Thousand Six Dollars and Forty Four Cents ($918,006.44), the total debt owed under the Fixed Rate Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

> Respectfully Submitted,
> U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2,
> By its attorneys,

Dated: March 31, 2017

> /s/ John A. Doonan
> John Doonan, Esq. (BBO# 3250)
> Doonan, Graves & Longoria, LLC
> 100 Cummings Center, Suite 225D
> Beverly, MA 01915
> (978) 921-2670